# Morgan Lewis

**John Guyette**
Associate
+1.212.309.6107
John.guyette@morganlewis.com

**MEMO ENDORSED**

Okay.

*/s/ Colleen McMahon*

**01/07/2021**

January 7, 2021

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

Re: ***Geyasuddin Syed v. Aramark Services, Inc. and Joe Rizzuto*, 1:20-cv-08683-CM**
**Request to Extend All Defendants' Time to File Answer to February 25, 2021**

Dear Judge McMahon:

We represent defendants Aramark Services, Inc. ("Aramark") and Joe Rizzuto ("Rizzuto") in the above-referenced action. Pursuant to Rule I(D) of Your Honor's Individual Practices and Procedures, we write with the consent of Plaintiff's counsel to respectfully request that <u>all</u> Defendants' time to answer, move, or otherwise respond to the Complaint be extended 45 days from January 11 to February 25, 2021. First, this extension request will allow Plaintiff time to serve a waiver of service request with respect to Mr. Rizzuto, who has not yet been served in this action. Second, the requested extension will provide Defendants with the requisite time to appropriately and adequately investigate Plaintiff's allegations. Third, the parties have engaged in discussions about a potential early resolution of this matter. This additional time will allow the parties to continue their discussions and potentially limit any unnecessary litigation costs or use of the Court's resources. Finally, in the event that the parties are unable to reach an early resolution, this extension of time may also permit the filing of single response to the Complaint. This is Defendants' first request for an extension of time to file a response to the Complaint, and if granted the extension will not affect any other scheduled dates in the matter.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ John P. Guyette*

John P. Guyette

*Attorney for Defendants*

cc: All Counsel of Record (via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2021

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States

☎ +1.212.309.6000
📠 +1.212.309.6001